UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TENNYSON WINSTON HARRIS,

v.     Case No. 8:00-cr-359-T-17TGW
           8:03-cv-2643-T-17TGW

UNITED STATES OF AMERICA.

_____

O R D E R

The Court denied Tennyson Winston Harris (Harris') Court-ordered **AMENDED** 28 U.S.C. § 2255 motion to vacate, set aside or correct an allegedly illegal sentence and his motion to alter or amend judgment.  Harris has filed an application for certificate of appealability.  In the order directing Harris to file an amended motion to vacate, the court was very specific in stating that the amended motion must include all of Defendant's claims and that the Court would not consider claims raised in a memorandum of law that were not set out on the motion to vacate form, with facts to support the claim.

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1]  Defendant has failed to meet this standard.  Therefore, Defendant has failed

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

to satisfy the <u>Slack</u> test. <u>See</u> <u>also</u>, <u>Franklin v. Hightower</u>, 215 F.3d 1196 (11th Cir. 2000).

Accordingly, the Court orders:

That Harris' application for certificate of appealability (Doc. No. 23) is denied.

ORDERED in Tampa, Florida, on June 13, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
AUSA: James C. Preston, Jr.
Pro Se Litigant: Tennyson Winston Harris